## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MICHAELA CARTER; <br> CAMERON TAYLOR <br> COURTNEY TAYLOR <br> And CONNOR McVAY <br>     Plaintiff, <br> <br> v. <br> <br> <br> UNITED STATES OF AMERICA; <br> JOHN and/or JANE DOE, M.D., Alias; and <br> JOHN DOE CORPORATION, Alias, <br>     Defendants. | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : | C.A. No. 1:21-cv-00059 |

### PLAINTIFFS' MOTION TO WITHDRAW PLAINTIFFS' MOTION TO ENFORCE SETTLEMENT AGREEMENT AND FOR AWARD OF ATTORNEYS' FEES AND PLAINTIFFS' RENEWED MOTION TO ENFORCE SETTLEMENT AGREEEMENT AND FOR AWARD OF ATTORNEYS' FEES

Now come the plaintiffs, Michaela Carter, Cameron Taylor, Courtney Taylor, and Connor McVay, and hereby move to withdraw Plaintiffs' Motion to Enforce Settlement Agreement and for Award of Attorneys' Fees, *see* ECF No. 23, and Plaintiffs' Renewed Motion to Enforce Settlement Agreement and for Award of Attorneys' Fees, *see* ECF No. 24. The Government has processed the settlement payment and counsel for the plaintiffs are in receipt of the settlement funds.

Plaintiff,
By her attorneys,

/s/ Amato A. DeLuca
Amato A. DeLuca (#0531)
Katelyn M. Revens (#9078)
**DeLUCA & ASSOCIATES, LTD**
199 North Main Street
Providence, RI 02903
(401) 453-1500
(401) 453-1501 Fax
bud@delucaandassociates.com
kate@delucaandassociates.com

1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MICHAELA CARTER; | : | |
| CAMERON TAYLOR | : | |
| COURTNEY TAYLOR | : | |
| and CONNOR MCVAY | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A. No. 1:21-cv-00059-WEZS-LDA |
| | : | |
| UNITED STATES OF AMERICA; | : | |
| JOHN and/or JANE DOE, M.D., Alias; and | : | |
| JOHN DOE CORPORATION, Alias | : | |
| Defendants. | : | |

## **CERTIFICATION**

I hereby certify that this document was filed through the ECF system and will be sent electronically to the registered participants identified below and on the Notice of Electronic Filing (NEF) and that paper copies have been sent to those indicated as non-registered participants on this 26th day of July 2022.

Leslie J. Kane
Assistant U.S. Attorney
50 Kennedy Plaza, 8th Floor
Providence, RI 02903

                                                     /s/ Amato A. DeLuca